**Subject:** RE: Windward Bora vs Stuyvesant Construction Jan 22, 2021 10:00 AM Zoom link
**From:** "Danielle Light" <dlight@hasbanilight.com>
**Sent:** 1/21/2021 3:10:42 PM
**To:** "Daniel H. Richland" <drichland@rflegal.net>;
**CC:** "Peter Roh" <proh@hasbanilight.com>;

Hi Daniel,

We're calling off the deposition for tomorrow.

Thank you,

Danielle P. Light, Esq.



450 Seventh Ave, Suite 1408
New York, NY 10123
(P) (212) 643-6677
(F) (347) 491-4048
www.hasbanilight.com

Admitted to practice in NY & NJ



PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine.  Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email.  This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Thursday, January 21, 2021 12:14 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Subject:** Fw: Windward Bora vs Stuyvesant Construction Jan 22, 2021 10:00 AM Zoom link


Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number.  Please destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.  Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced

by the Richland & Falkowski, PLLC.
Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

------ Forwarded Message ------
From: "Scheduling" <Scheduling@beereporting.com>
To: drichland@rflegal.net
Cc: "Scheduling" <Scheduling@beereporting.com>
Sent: 1/21/2021 11:21:42 AM
Subject: Windward Bora vs Stuyvesant Construction Jan 22, 2021 10:00 AM Zoom link

Bee Reporting Agency is inviting you to a scheduled Zoom meeting.

Topic: Windward Bora vs Stuyvesant Construction
Time: Jan 22, 2021 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://beereporting.zoom.us/j/99041431428?pwd=d01lU2o3cUIwaW9QQW5LYmltUmVvUT09

Meeting ID: 990 4143 1428
Passcode: 157312
One tap mobile
+19292056099,,99041431428#,,,,*157312# US (New York)
+13017158592,,99041431428#,,,,*157312# US (Washington D.C)

Dial by your location
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington D.C)
    +1 312 626 6799 US (Chicago)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)
Meeting ID: 990 4143 1428
Passcode: 157312
Find your local number: https://beereporting.zoom.us/u/aedHBfo3Iq



*Scheduling Department*



*Remote Services are our speciality!*

55 Maple Avenue, Suite 204
Rockville Centre, NY 11570
(516) 485-BBBB
(212) 327-3500
FAX (516) 594-2424
Video Conferencing - 173.220.16.194
www.beereporting.com

