**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Tuesday, January 19, 2021 4:04 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings

I have a full day of questions for him - assume a full 7 hours. I've been preparing for this for months. And previously, Peter said he was available on Friday. The order, here, is that Yonel goes first, Viktoriya, second. If you are cancelling Friday, I need to alert the Court reporter and we need to pick new dates immediately.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not "Electronically Signed": This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

> On Jan 19, 2021, at 3:55 PM, Danielle Light <dlight@hasbanilight.com> wrote:
>
> How much time do you need for Yonel? I'm concerned about shabbat on Friday… He can start at 3pm.
>
> Thank you,