1/26/2021 Richland v. Dabkowski, P.C. Mail - RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et ...

Case 1:19-cv-07275-DLI-CLP Document 39-8 Filed 01/26/21 Page 1 of 24 PageID #: 646

 **Gmail**

Daniel Richland <drichland@rflegal.net>

## RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al
Set Hearings

1 message

**Danielle Light** <dlight@hasbanilight.com>                                             Tue, Jan 19, 2021 at 5:12 PM
To: Daniel Richland <drichland@rflegal.net>
Cc: Peter Roh <proh@hasbanilight.com>

Yes.


Thank you,


Danielle P. Light, Esq.





450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com


Admitted to practice in NY & NJ





PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.


This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine.  Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email.  This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Tuesday, January 19, 2021 5:11 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings


Friday the 22nd or Monday the 25th?


Very truly yours,


Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not "Electronically Signed": This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.


On Jan 19, 2021, at 4:54 PM, Danielle Light <dlight@hasbanilight.com> wrote:


Hi Daniel,


My client can do the depo on Friday starting at 10am or Monday at 10am.


Thank you,


Danielle P. Light, Esq.


<image001.jpg>


450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email. This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

---

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Tuesday, January 19, 2021 4:13 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings

Understood and happy to accommodate. At this point, let's shoot for the end of next week - I have a traverse on 1/26. I have availability on the 27th, 28th, and 29th.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not "Electronically Signed": This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

On Jan 19, 2021, at 4:10 PM, Danielle Light <dlight@hasbanilight.com> wrote:

Ok, I'm asking him when he can be available – sorry for the confusion. I've never actually had a depo of my client last more than an hour or two…


Thank you,


Danielle P. Light, Esq.


**<image001.jpg>**


450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com


Admitted to practice in NY & NJ


<image002.png>


PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.


This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email. This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

---

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Tuesday, January 19, 2021 4:04 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings


I have a full day of questions for him - assume a full 7 hours. I've been preparing for this for months. And previously, Peter said he was available on Friday. The order, here, is that Yonel goes first, Viktoriya, second. If you are cancelling Friday, I need to alert the Court reporter and we need to pick new dates immediately.


Very truly yours,


Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not "Electronically Signed": This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

On Jan 19, 2021, at 3:55 PM, Danielle Light <dlight@hasbanilight.com> wrote:

How much time do you need for Yonel? I'm concerned about shabbat on Friday… He can start at 3pm.

Thank you,

Danielle P. Light, Esq.

<image001.jpg>

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no

1/26/2021    Richland & Falkowski, PLLC Mail - RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et …

Case 1:19-cv-07275-DLI-CLP Document 39-8 Filed 01/26/21 Page 6 of 14 PageID #: 651

liability for any damage caused by any virus transmitted by this email. This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

---

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Tuesday, January 19, 2021 3:54 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings

Monday the 25th works for me and for Viktoriya. Just remember, we'll need a Russian translator.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not "Electronically Signed": This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

On Jan 19, 2021, at 3:48 PM, Danielle Light <dlight@hasbanilight.com> wrote:

Yes. What day works for her?

Thank you,

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com


Admitted to practice in NY & NJ


<image002.png>


PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.


This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email.  This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

---

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Tuesday, January 19, 2021 3:48 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings


Ok.  So let's proceed on the 22nd with Devico.  When do you want to depose Victoria?  I assume next week.


Very truly yours,


Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number.  Please destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.  Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning

of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices Act, you
are advised that this office may be attempting to collect a debt, and any information obtained may be
used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior message, some or all
of the contents of this message or any attachments may not have been produced by the Richland
& Falkowski, PLLC.  Although the Richland & Falkowski, PLLC attempts to sweep e-mail and
attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any
damage sustained as a result thereof.  This firm accepts no responsibility for any loss or damage from
the use of this message. This notice is automatically appended to each e-mail message leaving
the Richland & Falkowski, PLLC.

On Jan 19, 2021, at 3:46 PM, Danielle Light <dlight@hasbanilight.com> wrote:

Yes, just Devico. Don't need to waste time with a corporate rep.

Thank you,

Danielle P. Light, Esq.

**<image001.jpg>**

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR
ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.

This message is intended for the above named person(s) only and is
CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this
e-mail and have received it in error, please immediately notify the sender by return
email and then delete it from your mailbox. This message may be protected by the
attorney-client privilege and/or work product doctrine.  Accessing, copying,
disseminating or re-using any of the information contained in this e-mail by
anyone other than the intended recipient is strictly prohibited. Finally, you should
check this email and any attachments for the presence of viruses, as the sender
accepts no liability for any damage caused by any virus transmitted by this email.
This communication was not intended or written to be used, and it cannot be used
by any taxpayer, for the purpose of avoiding tax penalties.

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Tuesday, January 19, 2021 3:46 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v.
Stuyvesant Construction Corp. et al Set Hearings

I spoke to Peter on Friday and I have been waiting on you to get back to me.  Am I
deposing Devico or someone else on behalf of Windward Bora?  At all the prior
conferences, Seth and others have indicated that WB would be represented by a
corporate officer.  Peter told me now that it is just Devico.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-
mail messages attached thereto may contain confidential information that is
legally privileged.  If you are not the intended recipient, or a person responsible
for delivering such transmission to the intended recipient, you hereby are notified that
any disclosure, copying, distribution or use of any of the information contained in or
attached to this transmission is STRICTLY PROHIBITED.  If you have received this
transmission in error, please immediately notify the sender by reply email, or by
telephoning the sender at the above number.  Please destroy the original transmission
and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication
that is not meant to be legally binding upon the sender unless expressly noted to
the contrary.  Nothing in the accompanying communication is intended to qualify as an
"Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices
Act, you are advised that this office may be attempting to collect a debt, and
any information obtained may be used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior
message, some or all of the contents of this message or any attachments may not have
been produced by the Richland & Falkowski, PLLC.  Although the Richland & Falkowski,
PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee
that either are virus-free and accepts no liability for any damage sustained as a result
thereof.  This firm accepts no responsibility for any loss or damage from the use of this
message. This notice is automatically appended to each e-mail message leaving
the Richland & Falkowski, PLLC.

On Jan 19, 2021, at 3:43 PM, Danielle Light
<dlight@hasbanilight.com> wrote:

Hi Daniel,

I'm assuming that we aren't going forward tomorrow.  Let me know
what the plan is for the rest of the week.

Thank you,

Danielle P. Light, Esq.

**<image001.jpg>**

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email. This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

---

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Wednesday, January 6, 2021 2:29 PM
**To:** Danielle Light <dlight@hasbanilight.com>
**Cc:** Peter Roh <proh@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings

That is not acceptable. You are offering to have a Russian speaking attorney directly pose questions I cannot understand? You have to be kidding. I am happy to contact the Court and explain why that is unacceptable and you are welcome to explain to the Court why Devico needs a French interpreter.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873

1/26/2021 Richland & Falkowski LLC Mail - RE: Activity in case 2:18-cv-07267-DLC-CM Vanward Oage LLC v. Sullivan Construction Corp. et ...

Case 1:19-cv-07275-DLC-CM Document 29-5 Filed 01/26/21 Page 11 of 24 PageID 656

drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number.  Please destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.  Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC.  Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof.  This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

On Jan 6, 2021, at 2:25 PM, Danielle Light <dlight@hasbanilight.com> wrote:

Daniel,

We're going to have an attorney depose your client in Russian.  We have a Russian attorney.

Thank you,

Danielle P. Light, Esq.

**<image001.jpg>**

450 Seventh Ave, Suite 1408

New York, NY 10123

1/26/2021    Richland & Falkowski LLC Mail - RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et ...

Case 1:19-cv-07275-DLI-CLP Document 33-8 Filed 01/26/21 Page 12 of 24 PageID #: 657

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT
COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE.

This message is intended for the above named
person(s) only and is CONFIDENTIAL AND
PROPRIETARY. If you are not the intended recipient
of this e-mail and have received it in error, please
immediately notify the sender by return email and then
delete it from your mailbox. This message may be
protected by the attorney-client privilege and/or work
product doctrine.  Accessing, copying, disseminating
or re-using any of the information contained in this e-
mail by anyone other than the intended recipient is
strictly prohibited. Finally, you should check this email
and any attachments for the presence of viruses, as
the sender accepts no liability for any damage caused
by any virus transmitted by this email.  This
communication was not intended or written to be
used, and it cannot be used by any taxpayer, for the
purpose of avoiding tax penalties.

**From:** Danielle Light
**Sent:** Wednesday, January 6, 2021 10:50 AM
**To:** Daniel H. Richland <drichland@rflegal.net>; Peter
Roh <proh@hasbanilight.com>
**Subject:** RE: FW: Activity in Case 1:19-cv-07275-DLI-
CLP Windward Bora LLC v. Stuyvesant Construction
Corp. et al Set Hearings

Daniel,

Yonel is really not comfortable doing a deposition
without a translator. Since we are both needing
translators, let's just pay for our own and call it even.

Thank you,

Danielle P. Light, Esq.

**<image001.jpg>**

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

1/26/2021    Richland & Falkowski Mail - RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et ...

Case 1:19-cv-07275-DLI-CLP Document 28-5 Filed 01/26/21 Page 13 of 24 PageID #: 658

(F) (347) 491-4048

[www.hasbanilight.com](http://www.hasbanilight.com)

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT
COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE.

This message is intended for the above named
person(s) only and is CONFIDENTIAL AND
PROPRIETARY. If you are not the intended recipient
of this e-mail and have received it in error, please
immediately notify the sender by return email and then
delete it from your mailbox. This message may be
protected by the attorney-client privilege and/or work
product doctrine.  Accessing, copying, disseminating
or re-using any of the information contained in this e-
mail by anyone other than the intended recipient is
strictly prohibited. Finally, you should check this email
and any attachments for the presence of viruses, as
the sender accepts no liability for any damage caused
by any virus transmitted by this email.  This
communication was not intended or written to be
used, and it cannot be used by any taxpayer, for the
purpose of avoiding tax penalties.

**From:** Daniel H. Richland <[drichland@rflegal.net](mailto:drichland@rflegal.net)>
**Sent:** Wednesday, January 6, 2021 10:40 AM
**To:** Peter Roh <[proh@hasbanilight.com](mailto:proh@hasbanilight.com)>
**Cc:** Danielle Light <[dlight@hasbanilight.com](mailto:dlight@hasbanilight.com)>
**Subject:** Re: FW: Activity in Case 1:19-cv-07275-DLI-
CLP Windward Bora LLC v. Stuyvesant Construction
Corp. et al Set Hearings

Mr. Roh, Esq.:

Thank you for your email.  Unfortunately, I
must object to this request because it flies
in the face of the information that I have.
Specifically, I have spoken with your client in
settlement discussions in the *Barrie* matter,
and this matter, where he talked at length,
and he has called me and my client on the
phone (as Danielle is aware).  On none of
those occasions did he indicate that he
needed a French translator or *have* a French
translator.  If he would like one, he is
welcome to bring one at his own cost and
expense.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail
transmission, and any documents, files or
previous e-mail messages attached thereto
may contain confidential information that is
legally privileged. If you are not the
intended recipient, or a person responsible
for delivering such transmission to the
intended recipient, you hereby are notified
that any disclosure, copying, distribution or
use of any of the information contained in
or attached to this transmission is STRICTLY
PROHIBITED. If you have received this
transmission in error, please immediately
notify the sender by reply email, or by
telephoning the sender at the above
number. Please destroy the original
transmission and its attachments without
reading or saving it in any manner. Thank
you.

This Document is Not "Electronically
Signed": This email is an informal
communication that is not meant to be
legally binding upon the sender unless
expressly noted to the contrary. Nothing in
the accompanying communication is
intended to qualify as an "Electronic
Signature" within the meaning of 15 U.S.C.
7001(B)(2).

Fair Debt Collection Practices Act Notice:
Pursuant to the Fair Debt Collection
Practices Act, you are advised that this office
may be attempting to collect a debt, and
any information obtained may be used for
that purpose.

Note: if this e-mail message contains a
forwarded message or is a reply to a prior
message, some or all of the contents of this
message or any attachments may not have
been produced by the Richland & Falkowski,
PLLC.
Although the Richland & Falkowski, PLLC

1/26/2021 Richland & Falkowski Mail - RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et …

Case 1:19-cv-07275-DLI-CLP Document 39-8 Filed 01/26/21 Page 15 of 24 PageID #: 660

attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof.  This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

------ Original Message ------

From: "Peter Roh" <proh@hasbanilight.com>

To: "Daniel H. Richland" <drichland@rflegal.net>

Cc: "Danielle Light" <dlight@hasbanilight.com>

Sent: 1/6/2021 10:02:43 AM

Subject: FW: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et al Set Hearings

Yonel Devico is available on the 22nd as the corporate rep. He would need a French translator.

Regards,

Peter Y. Roh, Esq.

**<image003.jpg>**

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

Admitted to practice in NY & NJ

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

DISCLAIMER This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the

attorney client privilege and/or work product
doctrine. Accessing, copying, disseminating or re-
using any of the information contained in this e-mail
by anyone other than the intended recipient is
strictly prohibited. Finally, you should check this
email and any attachments for the presence of
viruses, as the sender accepts no liability for any
damage caused by any virus transmitted by this
email. This communication was not intended or
written to be used, and it cannot be used by any
taxpayer, for the purpose of avoiding tax penalties.

---

**From:** Daniel Richland <drichland@rflegal.net>
**Sent:** Wednesday, January 6, 2021 9:25:42 AM
**To:** Danielle Light <dlight@hasbanilight.com>
**Subject:** Re: Activity in Case 1:19-cv-07275-DLI-
CLP Windward Bora LLC v. Stuyvesant
Construction Corp. et al Set Hearings

Hi Danielle,

19th for your corporate rep, 20th for Victoria, and
22nd for Devico if needed after your corporate rep.
(if not Devico).

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and
any documents, files or previous e-mail
messages attached thereto may contain confidential
information that is legally privileged. If you are not the
intended recipient, or a person responsible
for delivering such transmission to the intended
recipient, you hereby are notified that any disclosure,
copying, distribution or use of any of the information
contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this
transmission in error, please immediately notify the
sender by reply email, or by telephoning the sender at
the above number. Please destroy the original
transmission and its attachments without reading
or saving it in any manner. Thank you.

This Document is Not "Electronically Signed": This
email is an informal communication that is not meant
to be legally binding upon the sender unless expressly
noted to the contrary. Nothing in the accompanying
communication is intended to qualify as an
"Electronic Signature" within the meaning of 15 U.S.C.
7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to
the Fair Debt Collection Practices Act, you are advised
that this office may be attempting to collect a debt, and
any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded
message or is a reply to a prior message, some or all of
the contents of this message or any attachments may
not have been produced by the Richland & Falkowski,
PLLC. Although the Richland & Falkowski, PLLC
attempts to sweep e-mail and attachments for viruses, it
does not guarantee that either are virus-free and
accepts no liability for any damage sustained as a
result thereof. This firm accepts no responsibility for
any loss or damage from the use of this message.
This notice is automatically appended to each e-mail
message leaving the Richland & Falkowski, PLLC.

On Jan 6, 2021, at 9:03 AM, Danielle
Light <dlight@hasbanilight.com>
wrote:

Lmk when you want to do the
deposition.

Thank you,

Danielle P. Light, Esq.

**<image001.jpg>**

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT THIS
FIRM IS A DEBT COLLECTOR
ATTEMPTING TO COLLECT A
DEBT. ANY INFORMATION
OBTAINED WILL BE USED FOR
THAT PURPOSE.

This message is intended for the
above named person(s) only and is
CONFIDENTIAL AND
PROPRIETARY. If you are not the
intended recipient of this e-mail and
have received it in error, please
immediately notify the sender by
return email and then delete it from
your mailbox. This message may be
protected by the attorney-client
privilege and/or work product
doctrine. Accessing, copying,
disseminating or re-using any of the

1/26/2021    Richland & Falkowski, PLLC Mail - RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora v. Stuyvesant Construction Corp. et ...

Case 1:19-cv-07275-DLI-CLP    Document 29-8    Filed 01/26/21    Page 18 of 24 PageID #: 663

information contained in this e-mail
by anyone other than the intended
recipient is strictly prohibited. Finally,
you should check this email and any
attachments for the presence of
viruses, as the sender accepts no
liability for any damage caused by
any virus transmitted by this email.
This communication was not
intended or written to be used, and it
cannot be used by any taxpayer, for
the purpose of avoiding tax penalties.

---

**From:** Daniel H. Richland
<drichland@rflegal.net>
**Sent:** Monday, December 28, 2020
11:50 PM
**To:** Danielle Light
<dlight@hasbanilight.com>
**Subject:** Re[2]: Activity in Case 1:19-
cv-07275-DLI-CLP Windward Bora
LLC v. Stuyvesant Construction Corp.
et al Set Hearings


Hi Danielle,


When can I expect to receive
any final amended responses
and when can I expect to
depose someone at Windward
Bora?


Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York
10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-
mail transmission, and any
documents, files or previous
e-mail messages attached
thereto may contain
confidential information that
is legally privileged.  If you are
not the intended recipient, or
a person responsible for
delivering such transmission

1/26/2021    Richland & Falkowski, PLLC Mail - RE: Activity necessary - Foreclosure DLC26/21 - Edward Baza v. Stuyvesant Construction Corp. et …

Case 1:19-cv-07275-DLL-CM    Document 28-18    Filed 11/26/21    Page 19 of 24 PageID: 664

to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.  Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage

Case 1:19-cv-07275-DLI-CLP Document 39-8 Filed 01/26/21 Page 20 of 24 PageID #: 665

sustained as a result thereof.
This firm accepts no
responsibility for any loss or
damage from the use of this
message. This notice is
automatically appended to
each e-mail message leaving
the Richland & Falkowski,
PLLC.


------ Original Message ------

From: "Danielle Light"
<dlight@hasbanilight.com>

To: "Daniel H. Richland"
<drichland@rflegal.net>

Sent: 12/8/2020 12:53:13 PM

Subject: RE: Activity in Case
1:19-cv-07275-DLI-CLP
Windward Bora LLC v.
Stuyvesant Construction Corp.
et al Set Hearings


Hi Daniel,


Following up on the email below.


Thank you,


Danielle P. Light, Esq.


**<image001.jpg>**


450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com


Admitted to practice in NY & NJ


<image002.png>


PLEASE BE ADVISED THAT
THIS FIRM IS A DEBT
COLLECTOR ATTEMPTING TO

1/26/2021    Richland & Falkowski Mail - RE: Activity in Case 1:19-cv-07275-DLI-CLP Windward Bora LLC v. Stuyvesant Construction Corp. et ...

Case 1:19-cv-07275-DLI-CLP   Document 39-8   Filed 01/26/21   Page 21 of 24 PageID #: 666

COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL
BE USED FOR THAT
PURPOSE.

This message is intended for the
above named person(s) only and
is CONFIDENTIAL AND
PROPRIETARY. If you are not the
intended recipient of this e-mail
and have received it in error,
please immediately notify the
sender by return email and then
delete it from your mailbox. This
message may be protected by the
attorney-client privilege and/or
work product doctrine.  Accessing,
copying, disseminating or re-using
any of the information contained in
this e-mail by anyone other than
the intended recipient is strictly
prohibited. Finally, you should
check this email and any
attachments for the presence of
viruses, as the sender accepts no
liability for any damage caused by
any virus transmitted by this
email.  This communication was
not intended or written to be used,
and it cannot be used by any
taxpayer, for the purpose of
avoiding tax penalties.

**From:** Danielle Light
**Sent:** Friday, December 4, 2020
11:31 AM
**To:** Daniel H. Richland
<drichland@rflegal.net>
**Subject:** FW: Activity in Case
1:19-cv-07275-DLI-CLP Windward
Bora LLC v. Stuyvesant
Construction Corp. et al Set
Hearings

Daniel,

Where are we on this?  Do you
have what you need?

Thank you,

Danielle P. Light, Esq.

<image001.jpg>

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

<image002.png>

PLEASE BE ADVISED THAT
THIS FIRM IS A DEBT
COLLECTOR ATTEMPTING TO
COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL
BE USED FOR THAT
PURPOSE.

This message is intended for the
above named person(s) only and
is CONFIDENTIAL AND
PROPRIETARY. If you are not the
intended recipient of this e-mail
and have received it in error,
please immediately notify the
sender by return email and then
delete it from your mailbox. This
message may be protected by the
attorney-client privilege and/or
work product doctrine.  Accessing,
copying, disseminating or re-using
any of the information contained in
this e-mail by anyone other than
the intended recipient is strictly
prohibited. Finally, you should
check this email and any
attachments for the presence of
viruses, as the sender accepts no
liability for any damage caused by
any virus transmitted by this
email.  This communication was
not intended or written to be used,
and it cannot be used by any
taxpayer, for the purpose of
avoiding tax penalties.

**From:** ecf_bounces@nyed.
uscourts.gov<ecf_bounces@nyed.
uscourts.gov>
**Sent:** Tuesday, November 10,
2020 2:15 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:19-cv-
07275-DLI-CLP Windward Bora
LLC v. Stuyvesant Construction
Corp. et al Set Hearings

**This is an automatic e-mail
message generated by the
CM/ECF system. Please DO
NOT RESPOND to this e-mail
because the mail box is
unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS
USERS\*\*\* Judicial Conference
of the United States policy
permits attorneys of record
and parties in a case**

(including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 11/10/2020 at 2:14 PM EST and filed on 11/10/2020

**Case Name:** Windward Bora LLC v. Stuyvesant Construction Corp. et al

**Case Number:** 1:19-cv-07275-DLI-CLP

**Filer:**

**Document Number:** No document attached

Docket Text:

**ELECTRONIC SCHEDULING ORDER: The status conference previously scheduled for 11/13/2020 is adjourned to 12/9/2020 @ 3:15 PM. Conference will proceed via AT&T conference call. Please dial 877-336-1839 at 3:15 PM. Enter Access code: 380-1746 and security code: 19-7275. So Ordered by Chief Magistrate Cheryl L. Pollak on 11/10/2020. (Bayer, Sarah)**

**1:19-cv-07275-DLI-CLP Notice has been electronically mailed to:**

Alan H Weinreb
alan@nyfclaw.com

Alyssa L. Kapner
alyssa@nyfclaw.com

Danielle Paula Light

dlight@hasbanilight.com,hlla
wpc@gmail.com

Seth Daniel Weinberg
sweinberg@hasbanilight.com,
hllawpc@gmail.com

Alan Smikun
alansm@nyfclaw.com

Daniel H. Richland
drichland@rflegal.net

**1:19-cv-07275-DLI-CLP Notice
will not be electronically mailed
to:**