**Subject:** Re[2]: Rosario, Keith / 139 Gate School House Rd. New Hampton, NY 10958
**From:** "Daniel H. Richland" <drichland@rflegal.net>
**Sent:** 1/25/2021 12:52:05 PM
**To:** "Eitan Korb" <eitan@crosbycapitalusa.com>; "Michal Falkowski" <mfalkowski@rflegal.net>;
**CC:** "Yonel Devico" <yonel@crosbycapitalusa.com>;

Dear Mr. Korb and Mr. Devico:

Please be advised that we cannot represent you on this or any other matter. Please find other counsel to handle this matter.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act,

you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC.
Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

------ Original Message ------
From: "Eitan Korb" <eitan@crosbycapitalusa.com>
To: "Michal Falkowski" <mfalkowski@rflegal.net>
Cc: "Yonel Devico" <yonel@crosbycapitalusa.com>; "Daniel H. Richland" <drichland@rflegal.net>
Sent: 12/29/2020 9:04:17 AM
Subject: Re: Rosario, Keith / 139 Gate School House Rd. New Hampton, NY 10958

> Hi Michal,
>
> Could you please send me a retainer agreement that you usually use so we can have it signed ? Thank you !
>
> Best Regards,
> **Eitan Korb**
> Crosby Capital | O: 786.475.5344| M: 917.400.3129
> 60 Madison Avenue - 11th Floor. New York, NY 10010
> 1688 Meridian Avenue - 6th Floor. Miami Beach, FL 33139
> www.crosbycapitalusa.com
>
> Le lun. 28 déc. 2020 à 10:26, Eitan Korb <eitan@crosbycapitalusa.com> a écrit :
>> Hi Michal,
>>
>> Please find attached FCI's RMA template. The loan number is 9160059398.
>>
>> Best Regards,
>>
>> **Eitan Korb**
>> Crosby Capital | O: 786.475.5344| M: 917.400.3129
>> 60 Madison Avenue - 11th Floor. New York, NY 10010
>> 1688 Meridian Avenue - 6th Floor. Miami Beach, FL 33139
>> www.crosbycapitalusa.com

Le dim. 27 déc. 2020 à 18:26, Michal Falkowski <mfalkowski@rflegal.net> a écrit :

Eitan, good evening,

On this one the borrower did not appear at the 12/14/20 conference and a second conference has been scheduled for 1/22/21 at 10am. The borrower reached out to the court after the 12/14/20 conference and requested call-in information for the 1/22 conference.

If you have a RMA form that you guys use kindly email me a copy so that I can forward it to the borrower.

Very truly yours,

**Michal Falkowski, Esq.**
*Richland & Falkowski, PLLC*
35-37 36th Street, 2nd Fl.
Astoria, NY 11106
212-390-8872 - Phone ext. 403
212-390-8873 - Fax
mfalkowski@rflegal.net
www.rflegal.net

Orange County Office:
5 Fairlawn Drive, Suite 204
Washingtonville, NY 10992

**Confidentiality Notice**: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

**This Document is Not "Electronically Signed":** This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

**Fair Debt Collection Practices Act Notice:** Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

**Note:** if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by

Richland & Falkowski, PLLC. Although Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving Richland & Falkowski, PLLC.

On Tue, Dec 22, 2020 at 9:54 AM Daniel H. Richland <drichland@rflegal.net> wrote:

Hi Eitan,

Please direct inquiries on this matter to my partner, Michal Falkowski - cc'ed herein at mfalkowski@rflegal.net.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC.
Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

------ Original Message ------
From: "Eitan Korb" <eitan@crosbycapitalusa.com>
To: drichland@rflegal.net
Cc: mfalkowski@rflegal.net; "Yonel Devico" <yonel@crosbycapitalusa.com>
Sent: 12/22/2020 9:41:03 AM
Subject: Rosario, Keith / 139 Gate School House Rd. New Hampton, NY 10958

Hi Daniel,

I am Eitan Korb and I work at Crosby Capital with Yonel Devico. Could you please give me an update on this case ?

Please let me know if you need anything from us. Thank you.

Best Regards,

**Eitan Korb**
Crosby Capital | O: 786.475.5344| M: 917.400.3129
60 Madison Avenue - 11th Floor. New York, NY 10010
1688 Meridian Avenue - 6th Floor. Miami Beach, FL 33139
www.crosbycapitalusa.com