UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WINDWARD BORA, LLC,

          Plaintiff,

-against -

STUYVESANT CONSTUCTION CORP., HSBC BANK USA NATIONAL ASSOCIATION,

          Defendants.

------------------------------------------------------------------X

Case No.: 1:19-cv-07275

TO:    BRENNA B. MAHONEY
       CLERK UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Entry of Default and the Issuance of a Certificate of Entry of Default is hereby requested against the Defendant, HSBC Bank USA National Association, in that there has been failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached Affirmation of Danielle P. Light, Esq.

Dated: April 19, 2022
       New York, New York

                                              BY: */s/ Danielle P. Light*___
                                                   Danielle P. Light, Esq.