# RICHLAND & FALKOWSKI, PLLC

ATTORNEYS AT LAW

| QUEENS COUNTY OFFICE: | ORANGE COUNTY OFFICE: | PHONE: (212) 390-8872 |
|---|---|---|
| 28-07 JACKSON AVE 5TH FL | 5 FAIRLAWN DRIVE, SUITE 204 | FAX: (212) 390-8873 |
| LONG ISL. CITY, NY 11101 | WASHINGTONVILLE, NY 10992 | EMAIL: drichland@rflegal.net |

April 25, 2022

<u>Via Electronic Filing</u>
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   RE: *Windward Bora LLC v. Stuyvesant Construction Corp.*
      Docket No.: 19-cv-7275(DLI)(CLP)
      **Motion for Summary Judgment Briefing Schedule**

Dear Judge Irizarry:

  I represent Defendant Stuyvesant Construction Corp. and I file this letter jointly, on behalf of both Plaintiff and Defendant.

  Pursuant to Your Honor's April 14, 2022 Order, the parties have agreed to the following briefing schedule for the parties' respective motion and cross-motion:

1. May 27, 2022 for service of Defendant's motion for summary judgment;
2. June 17, 2022 for service of Plaintiff's cross-motion for summary judgment and opposition;
3. July 1, 2022 for service of Defendant's reply and opposition; and
4. July 15, 2022 for service of Plaintiff's reply.

  We thank the Court for its kind consideration and attention to this matter.

Very truly yours,

Daniel H. Richland, Esq.