

450 Seventh Ave
Suite 1408
New York, NY 10123

July 15, 2022

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

**VIA ECF**
The Honorable Judge Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: <u>Windward Bora, LLC v. Stuyvesant Construction Corp. et al</u>
Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Irizarry:

Our office represents Windward Bora, LLC in the above referenced action. This letter confirms that Plaintiff's opposition and cross-motion have been served..

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/Rafi Hasbani*
Rafi Hasbani, Esq.

Via ECF
Daniel Richland <drichland@rflegal.net>