

**HASBANI & LIGHT, P.C.**

ATTORNEYS AT LAW

450 Seventh Ave
Suite 1408
New York, NY 10123

March 10, 2023

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

<u>**VIA ECF**</u>
The Honorable Judge Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

   Re: <u>Windward Bora, LLC v. Stuyvesant Construction Corp. et al</u>
       Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Irizarry:

   Our office represents Windward Bora, LLC in the above referenced action. This letter is submitted to request an adjournment of the March 16, 2023 conference. This letter is submitted 3 business days before the appearance date pursuant to your Honor's Rules. The reason for the request is my kids' school play is scheduled for that morning and I would like to attend the play with my family. I reached out to Defendant's counsel to request to reschedule for the afternoon, but he is unavailable for the afternoon of March 16, 2023.  The next date where counsel for both parties are available is March 23, 2023.

   It is respectfully requested that the conference be adjourned to March 23, 2023. Both parties consent to the adjournment of the conference.

   Thank you for your time and attention to this matter.

           Respectfully submitted,

           */s/Rafi Hasbani*
           Rafi Hasbani, Esq.

Via ECF
Daniel Richland <drichland@rflegal.net>