# RICHLAND & FALKOWSKI, PLLC

A T T O R N E Y S  A T  L A W

QUEENS COUNTY OFFICE:  
28-07 JACKSON AVE 5TH FL  
LONG ISL. CITY, NY 11101

ORANGE COUNTY OFFICE:  
5 FAIRLAWN DRIVE, SUITE 204  
WASHINGTONVILLE, NY 10992

PHONE: (212) 390-8872  
FAX:     (212) 390-8873  
EMAIL: drichland@rflegal.net

March 27, 2023

<u>Via Electronic Filing and Federal Express</u>
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *Windward Bora LLC v. Stuyvesant Construction Corp.*
              Docket No.: 19-cv-7275(DLI)(CLP)

Your Honor:

    Pursuant to the March 23, 2023 conference before Your Honor, I am annexing hereto a proposed CLE to comply with the Court's directive. During the conference, Your Honor indicated a single CLE, if it covered both summary judgment and general Federal practice, could be sufficient.

    The proposed CLE, in person, on April 28, 2023, titled "Pretrial Practice 2023" is a full day CLE in New York from the Practicing Law Institute ("PLI"), covering both general Federal practice as well as summary judgment under FRCP 56 specifically. A PDF of the course is annexed hereto.

    Given the all-day nature of the CLE and that it covers both general Federal practice as well as summary judgment specifically, I ask that the Court approve this CLE and that completion of this CLE will be full compliance with the Court's March 23, 2023 conference Order as to all of the directed CLE requirements.

    Thank you for your kind consideration and attention to this matter.

Very truly yours,

*/s/ Daniel H. Richland*

Daniel H. Richland, Esq.



Find A Program   Upcoming Programs   Browse Practice Areas   Browse Industries   One-Hour Briefings   Interactive Learning Center   SEC Institute

# Pretrial Practice 2023

**1 Location** Available
Showing Details for **New York**

Overview   Credit Details   Schedule & Location   Program Faculty                              Watch On-Demand →

## Up to 7.5 credits
1-Day Program
See Credit Details Below

## Overview

Mark Your Calendar. More Information to Come!
Why You Should Attend
Pretrial practice in federal civil litigation continues to change. As fewer civil cases are tried, the staples of pretrial practice — pleadings, motions to dismiss, discovery, *Daubert* motions, summary judgment, and settlement — have replaced trials as the focus of litigation. What does the changing nature of pretrial practice in litigation mean for your practice? Join our faculty of experienced plaintiffs' and defense attorneys, inside counsel, judges and others as they review what you need to know to succeed at this increasingly important stage of litigation.

What You Will Learn
After completing this session, participants will be able to:

• Plan the litigation
• Investigate the facts and the law
• Plead their case
• Conduct pretrial motions
• Master settlement strategies

Who Should Attend
This program will help attorneys who are not yet experienced litigators become familiar with the ins and outs of pretrial practice.

Special Feature: Earn 6 transitional Skills credits

Program Level: Update

Prerequisites: An interest in pretrial practice.

Advanced Prep: None

**Topics**
Litigation   ·   Practice skills (Litigation)   ·   Pre-trial procedure

**Industries**
Legal Services

### Register

$1,940.00

**Watch Online**
☐ Watch Online                    Apr 28, 2023                    9:00 AM EDT

**Attend In-Person**

New York, NY     Apr 28, 2023     9:00 AM EDT

**RESERVE MY SEAT**

**Privileged Members** attend this program at no cost.

Course materials will be available to attendees prior to the start of the program

Program ID: 359491



## Credit Details

Edit Jurisdiction →

| CLE for New York | ✓ |
| --- | --- |
| Credit Status: **Approved** | |

**7.5 Total Credits**

7.5 Skills

This program is transitional. Both newly admitted and experienced attorneys can earn credit for PLI's transitional live programs.

Scholarships available. Learn More.

Read More ⌄



 ＋

Add jurisdictions
to your PLI profile

View Credit for All Jurisdictions ⌄

## Schedule & Location

**Apr 28, 2023**

**9:00 AM EDT**
Opening Remarks ⌄

**9:15 AM EDT**
Preparing to File a Lawsuit ⌄

**10:15 AM EDT**
Responding to a Complaint ⌄

**11:15 AM EDT**
Networking Break

**11:30 AM EDT**
Pretrial Practice: Preliminary Remedies, Summary Judgment Motions and Discovery ⌄

**12:45 PM EDT**
Lunch

**1:45 PM EDT**

**Depositions Dos and Don'ts**

**2:45 PM EDT**

**Use of Experts**

**3:45 PM EDT**

Networking Break

**4:00 PM EDT**

**Pretrial Settlement Considerations**

**5:00 PM EDT**

Adjourn

**Download Full Schedule**

## Location

**PLI New York**

1177 Avenue of the Americas
Entrance on 45th Street
New York, NY



Map data ©2023 Google   Report a map error

**Hotel Information**

## Program Faculty

### Chairperson



**David G. Keyko**
**Pillsbury Winthrop Shaw Pittman LLP**

### Speakers

 **Lauren E. Aguiar**
Skadden, Arps, Slate, Meagher & Flom LLP

 **Marla Alhadeff**
McKinsey & Co.

 **Jorge Baez**
NERA Economic Consulting

 **Amy Conners**
White & Case LLP

 **David A. Crichlow**
Katten Muchin Rosenman LLP

 **Robert S. Fischler**
Ropes & Gray LLP

 **Hon. Holly B. Fitzsimmons**
United States District Court, District of Connecticut

 **James C. Francis IV (Ret.)**
JAMS

 **Hon. Steven M. Gold (ret.)**
JAMS

 **George G. Gordon**
Dechert LLP

 **Hon. Michael A. Hammer**
United States District Court, District of New Jersey

 **Anne C. Lefever**
Pillsbury Winthrop Shaw Pittman LLP

 **Hon. Barbara Moses**
United States District Court, Southern District of New York

**Ellen T. Noteware**
Berger & Montague P.C.

 **Hon. Henry B. Pitman (Ret.)**
JAMS Mediator and Arbitrator

 **Jacqueline P. Rubin**
Paul, Weiss, Rifkind, Wharton & Garrison LLP

 **Steven R. Schindler**
Schindler Cohen & Hochman LLP

 **Mark E. Segall**
JAMS

 **Kelly Strange Crawford**
Riker Danzig Scherer Hyland & Perretti LLP

 **John M. Toriello**
Holland & Knight LLP

Program Attorney

**Dana M. Berman**
Practising Law Institute

## You May Also Like



**Electronic Discovery Nuts & Bolts 2023**

**Representing the Pro Bono Client: Advocacy Skills for Administrative Hearings 2023**

**Hot Topics in Electronic Discovery 2023: What Corporate and Outside Counsel Need to Know**

We provide the highest-level *ever current* products and services to satisfy the knowledge and professional development requirements of our members and customers.

Company

Support

My Account

All Contents Copyright © 1996-2023 Practising Law Institute. Continuing Legal Education since 1933. Copyright © 2023 PLI Practising Law Institute. All rights reserved. The PLI logo is a service mark of PLI.

Disclaimer | Privacy Policy | Terms of Use | About Our Ads


