

450 Seventh Ave
Suite 1408
New York, NY 10123

May 1, 2023

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

**VIA ECF**
The Honorable Judge Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: <u>Windward Bora, LLC v. Stuyvesant Construction Corp. et al</u>
Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Irizarry:

Per your Honor's April 11, 2023 order, attached hereto as **Exhibit A** is my certificate for attending the approved CLE course.

Thank you for your time and attention to this matter.

Respectfully submitted,

<u>*/s/Rafi Hasbani*</u>
Rafi Hasbani, Esq.

Via ECF
Daniel Richland <drichland@rflegal.net>