

450 Seventh Ave
Suite 1408
New York, NY 10123

May 10, 2023

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

<u>**VIA ECF**</u>
The Honorable Judge Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: <u>Windward Bora, LLC v. Stuyvesant Construction Corp. et al</u>
Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Irizarry:

Per your Honor's April 11, 2023 order, this letter is submitted jointly by Plaintiff and Defendant Stuyvesant Construction Corp. ("Defendant") with a briefing schedule for their respective summary judgment motions. Attorneys for the aforementioned parties have agreed to the following schedule:

- Plaintiff to serve its motion for summary judgment by June 9, 2023
- Defendant to serve its opposition by July 10, 2023
- Plaintiff to serve its reply by July 31, 2023

Defendant will not be making its own motion for summary judgment.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/Rafi Hasbani*
Rafi Hasbani, Esq.

Via ECF
Daniel Richland <drichland@rflegal.net>