# RICHLAND & FALKOWSKI, PLLC

Attorneys at Law

Queens County Office:
28-07 Jackson Ave 5th Fl
Long Isl. City, NY 11101

Orange County Office:
5 Fairlawn Drive, Suite 204
Washingtonville, NY 10992

PHONE: (212) 390-8872
FAX:   (212) 390-8873
EMAIL: drichland@rflegal.net

July 12, 2023

Via Electronic Filing
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: *Windward Bora LLC v. Stuyvesant Construction Corp.*
            Docket No.: 19-cv-7275(DLI)(CLP)
            **Joint Request to Refer to Magistrate Judge Pursuant to FRCP 73**

Your Honor:

      The parties, at their mutual requests of their clients, hereby jointly request that the Court refer this entire matter, including the pending motion for summary judgment, pre-trial proceedings, and trial itself, to the Magistrate Judge pursuant to FRCP 73. We thank the Court for its kind consideration and attention to this matter.

Very truly yours,

/s/ Daniel H. Richland

Daniel H. Richland, Esq.

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Windward Bora, LLC<br>*Plaintiff*<br>v.<br>Stuyvesant Construction Corp.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 19-cv-7275 |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to the magistrate judge assigned to this case or to a new magistrate judge selected at random.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.
Select one:  The parties consent to  [✓] the magistrate judge who is assigned to this case
[ ] a new magistrate judge selected at random.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Windward Bora, LLC | | 07/12/2023 |
| Stuyvesant Construction Corp. | | 7/12/2023 |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 

*District Judge's signature*

*Printed name and title*

Note: Do not return the form to the Clerk of Court or file it on ECF unless all parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a Judge.