

450 Seventh Ave
Suite 1408
New York, NY 10123

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

July 1, 2024

**VIA ECF**
The Honorable Judge Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    <u>Windward Bora, LLC v. Stuyvesant Construction Corp. et al</u>
             Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Merkl:

My Office represents Plaintiff in the above referenced matter. This letter is filed to provide a status on the parties' mediation. The parties engaged in mediation with Joseph DiBenedetto, Esq., but the parties were unable to reach an agreement. The parties plan to proceed to trial as scheduled.

      Thank you for your time and attention to this matter.

                                    Respectfully submitted,

                                    <u>/s/Rafi Hasbani</u>
                                    Rafi Hasbani, Esq.

Via ECF
Daniel Richland <drichland@rflegal.net>