

**HASBANI &
LIGHT, P.C.**

ATTORNEYS AT LAW

450 Seventh Ave
Suite 1408
New York, NY 10123

July 24, 2024

**VIA ECF**
The Honorable Judge Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

Re:    Windward Bora, LLC v. Stuyvesant Construction Corp. et al
        Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Merkl:

My Office represents Plaintiff in the above referenced matter. This letter is filed to
request an adjournment of the August 6, 2024, trial. For reasons I'd rather not put in a
public filing, I reached out to Defendant's counsel to seek consent, and he consented
to an adjournment of the trial. The parties are requesting a September date for the trial
if that is suitable for the court.

        Thank you for your time and attention to this matter.

                                            Respectfully submitted,

                                            */s/Rafi Hasbani*
                                            Rafi Hasbani, Esq.

Via ECF
Daniel Richland <drichland@rflegal.net>