

450 Seventh Ave
Suite 1408
New York, NY 10123

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

August 9, 2024

**VIA ECF**
The Honorable Judge Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: <u>Windward Bora, LLC v. Stuyvesant Construction Corp. et al</u>
Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Merkl:

This letter is submitted jointly by Plaintiff and Defendant seeking trial scheduling dates. The two sides have conferred. The month of October is extremely difficult for Plaintiff's counsel and witness as the whole month is Jewish Holidays for the first three weeks, and Defendant's counsel has court ordered depositions for the last week of October. The parties respectfully request that the court schedule a trial date for a date between November 11, 2024 and December 10, 2024. We anticipate the trial to take two to three days to be completed.

Thank you for your time and attention to this matter.

Respectfully submitted,

<u>*/s/Rafi Hasbani*</u>
Rafi Hasbani, Esq.