# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     New York

FTS Capital, LLC

V.

Stuyvesant Construction Corp. et al

## EXHIBIT AND WITNESS LIST

Case Number: 19-CV-7275(TAM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Taryn A. Merkl | Rafi Hasbani | Daniel Richland |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/3/2024 | Rivka Teich | Kaity Chan |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff's Witness- Yonel Devico |
| 7 | | 12/3/2024 | yes | yes | Operating agreement |
| 1 | | 12/3/2024 | yes | yes | ECF 1-1, pages 21-29- Note |
| 2 | | 12/3/2024 | yes | yes | ECF 1-1, pages 4-19- Mortgage |
| 4 | | 12/3/2024 | yes | yes | Deed for the property |
| 3 | | 12/3/2024 | yes | yes | Loan Information WB01-WB05 (admitted for limited purpose) |
| 5 | | 12/3/2024 | yes | yes | PHH subpoena records |
| | F | 12/3/2024 | yes | yes | Mortgage note purchase and sale agreement |
| | G | 12/3/2024 | yes | yes | Windward Bora purchase agreement |
| | E | 12/3/2024 | yes | no | Consent order |
| | H | 12/3/2024 | yes | no | Notice of affidavit |
| | B | 12/3/2024 | yes | yes | Interrogatories dated October 16, 2020 |
| 6 | | 12/3/2024 | yes | yes | Benjamin Verdooren deposition from February 9, 2022 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print     Save As...     Export as FDF     Retrieve FDF File     New Page     Reset