

HASBANI &
LIGHT, P.C.

ATTORNEYS AT LAW

450 Seventh Ave
Suite 1408
New York, NY 10123

Rafi Hasbani
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

December 4, 2024

**VIA ECF**
The Honorable Judge Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

   Re: FTS Capital, LLC v. Stuyvesant Construction Corp. et al
     Docket No. 19-CV-7275 (DLI) (CLP)

Dear Honorable Judge Merkl:

   My office represents FTS Capital, LLC, in the above-referenced action. This letter is submitted pursuant to the Court's order dated December 3, 2024. My office received the original note this morning. I have conferred with Mr. Richland and he advised that he is available on December 10, 2025, in the afternoon, to appear before your Honor to conduct the inspection of the note. Should this date be available, the parties will appear at a time prescribed by the Court. Should that date be unavailable, it is respectfully requested for the Court to provide available dates and times that the parties can appear.

   Thank you for your time and attention to this matter.

         Respectfully submitted,

         */s/Rafi Hasbani*
         Rafi Hasbani, Esq.